IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDERICK J. BARTON**                                                                                    **PLAINTIFF**
**#163889**

**VS.**                                   **4:23-CV-00017-BRW**

**JACKSONVILLE POLICE
DEPARTMENT; DOES,**
Detective/Prosecutors, Jacksonville
Police Department; **PULASKI COUNTY
CIRCUIT COURT**                                                                  **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 17th day of January, 2023.

                                                                                  BILLY ROY WILSON
                                                             UNITED STATES DISTRICT JUDGE